IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.
                                 /

No. C 07-00963 WHA

**ORDER RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff *pro se* Leonard Santos shall file his opposition to defendants' motion to dismiss no later than **TUESDAY, JULY 3, 2007**. Defendant's reply will be due on **JULY 17, 2007**.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE