IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.

                                 /

No. C 07-00963 WHA

**ORDER RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, *pro se*, Leonard Santos must file his opposition to defendant's motion to dismiss no later than **AUGUST 7, 2007**. If he fails to do so, defendant's motion will be granted, and this appeal will be dismissed.

    **IT IS SO ORDERED.**

Dated: July 24, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE